UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____ )
                                        )
                                        )
UNITED STATES OF AMERICA                )
                                        )
v.                                      )          No. 25-CR-10334-MJJ
                                        )
STEVEN WAYNE TOMPKINS,                   )
            Defendant                   )
                                        )
_____ )

## ASSENTED-TO MOTION FOR LEAVE TO FILE EXHIBITS TO MOTION TO SUPPRESS UNDER SEAL

Now comes the defendant Steven Tompkins, by and through undersigned counsel, and hereby respectfully requests leave to file the exhibits to his Motion to Suppress under seal. As grounds and reasons therefor, the defense states that it is seeking leave to file the exhibits under seal in an abundance of caution, given the government's decision not to publicly disclose the name of the company involved in this matter (referred to in the Indictment as "Company A") or its principal (referred to in the Indictment as "Individual A"). The exhibits all contain these names and other related factual details.

## COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel has conferred with the government, and the government assents to this request to file exhibits under seal. The government, however, opposes Mr. Tompkins's underlying Motion to Suppress.

Respectfully Submitted,
STEVEN TOMPKINS

1

By His Attorney,

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Dated: October 17, 2025

## CERTIFICATE OF SERVICE

I, Martin G. Weinberg, hereby certify that on this date, October 17, 2025, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.