UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) | No. 25-CR-10334-MJJ |
| STEVEN WAYNE TOMPKINS, Defendant | ) ) ) ) ) | |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY AND REQUEST FOR ORAL ARGUMENT**

Now comes the defendant Steven Tompkins, by and through undersigned counsel, and respectfully submits this Notice of Supplemental Authority pertinent to his pending Motion to Compel (Dkt. 73). That Motion argued, *inter alia*, that certain communications in the government's possession involving Individual A must be produced pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963). In Reply, Mr. Tompkins argued that, "[a]t minimum, the defendant is entitled to assurance that the prosecution team has reviewed all the seized data and concluded there is no exculpatory evidence." Dkt. 78 at 3 (citing cases).

In addition to the district court cases cited in support of that proposition in the Reply, the Supreme Court has stated that, "[i]n order to comply with *Brady*, . . . 'the individual prosecutor has a duty to learn of any favorable evidence known to the others acting on the government's behalf in this case, including the police.'" *Strickler v. Greene*, 527 U.S. 263, 281 (1999) (quoting *Kyles v. Whitley*, 514 U.S. 419, 437 (1995)). Clearly, the FBI, in executing a search warrant on Individual A and/or his internet service provider(s) was "acting on the government's

behalf in this case," such that the government prosecutors have a duty to review the seized information and disclose any exculpatory material to the defense.

The defense additionally respectfully requests that the Court hold oral argument regarding its Motion to Compel.

Respectfully Submitted,
STEVEN TOMPKINS
By His Attorney,

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Dated: January 12, 2026

## CERTIFICATE OF SERVICE

I, Martin G. Weinberg, hereby certify that on this date, January 12, 2026, a copy of the foregoing document has been served via the Electronic Court Filing system on all registered participants.

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
