UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 25-CR-10334-MJJ |
| | ) | |
| STEVEN WAYNE TOMPKINS, | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

## MOTION FOR LEAVE TO FILE MOTION *IN LIMINE* UNDER SEAL

Now comes the defendant Steven Tompkins, by and through undersigned counsel, and hereby respectfully requests leave to file his Motion *In Limine* to Exclude Evidence Regarding State Ethics Laws and/or Violations, and the exhibits thereto, under seal. As grounds and reasons therefor, the defense states that the motion and exhibits reference matters that may or may not be admitted into evidence (and some beyond even what the government alleged in the Indictment). The defense respectfully submits that the public filing of these materials could burden the upcoming jury selection in this matter.

## COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel has requested the government's position regarding this Motion, but, as of this filing, he has not yet received a response.

Respectfully Submitted,
STEVEN TOMPKINS
By His Attorney,

**/s/ Martin G. Weinberg**

Martin G. Weinberg, Esq.
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Dated: July 15, 2026

## CERTIFICATE OF SERVICE

I, Martin G. Weinberg, hereby certify that on this date, July 15, 2026, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.

2