UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CRIMINAL No. 25-CR-10334-MJJ |
| STEVEN W. TOMPKINS, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION *IN LIMINE* UNDER SEAL**

The United States of America, through the undersigned attorneys, hereby opposes the defendant's motion for leave to file motion *in limine* under seal (ECF No. 98, hereinafter "Def. Mot."). Because the Def. Mot. grounds for sealing – "the motion and exhibits reference matters that may or may not be admitted" …. [and that] "these materials could burden the upcoming jury selection" (Def. Mot. at 1) – are insufficient to meet the requirements of *Kravetz*, the government requests that the Court deny the Def. Mot.

In *United States v. Kravetz*, 706 F.3d 47, 63-64 (1st Cir. 2013), the Court of Appeals, which addressed the common law right of access to sentencing memoranda, spoke forcefully as to the public's right of access to legal memoranda. *Id.*, 706 F.3d at 56 ("We can discern no principled basis for affording greater confidentiality as a matter of course to sentencing memoranda than is given to memoranda pertaining to the merits of the underlying criminal conviction, to which we have found the common law right of access applicable.") (internal citations omitted).

As such, the *Kravetz* Court set forth the basic test for sealing, which required that the party seeking secrecy provide a sufficient basis to the court so that the court can make a "particularized

finding" that "only the most compelling reasons [exist to] justify non-disclosure of [such] judicial records …." *Id.* at 59-61 (internal citations and quotations omitted).

In light of the fact that that the defendant's ethics violations are already a matter of public record through publication by the Massachusetts State Ethics Commission and the instant Indictment, which recites such dispositions; and given the threadbare justifications and bald, conclusory arguments set forth by the defendant, the government respectfully requests that the Court deny the Def. Mot. in accordance with *Kravetz*.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Date:  July 15, 2026    By:    /s/ *Dustin Chao*
                        Dustin Chao
                        Lauren Maynard
                        Assistant U.S. Attorneys

## **CERTIFICATE OF SERVICE**

Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Dustin Chao*
Dustin Chao
Assistant United States Attorney

Dated:  July 15, 2026