UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 25-CR-10334-MJJ |
| | ) | |
| STEVEN WAYNE TOMPKINS, | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

## DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION _IN LIMINE_ TO ADMIT RECORDS OF REGULARLY CONDUCTED ACTIVITY

Now comes the defendant Steven Tompkins, by and through undersigned counsel, and hereby respectfully submits this Response to the government's Motion _In Limine_ to Admit Records of Regularly Conducted Activity.  The defense agrees with the government that records satisfying Fed. R. Evid. 803(6) are self-authenticating and should be allowed into evidence without the testimony of a records custodian.  The defense submits that Mr. Tompkins, like the government, should be able to introduce such records in this manner.  The defense also reserves any other objections it may have to the government's proffered exhibits, including but not limited to whether the exhibits satisfy the requirements of Rule 803(6).

Respectfully Submitted,
STEVEN TOMPKINS
By His Attorney,

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
Mass. Bar No. 519480

1

20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Dated: July 23, 2026

## CERTIFICATE OF SERVICE

I, Martin G. Weinberg, hereby certify that on this date, July 23, 2026, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.