UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | |
| v. | ) | Criminal No. 25-CR-10334-MJJ |
| | ) | |
| STEVEN WAYNE TOMPKINS, | ) | |
| | ) | |
| Defendant | ) | |

## JOINT EXHIBIT LIST

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| Exhibit Number for Identification | Briefly Describe | Party Offering Exhibit | Opposing Party's Objection |
| 1 | 2019 Boston PL EXECUTIVE SUMMARY_ASCEND MASS, LLC_MRN282007 | Pl. | |
| 2 | Plan for Positive Impact on Areas of Disproportionate Impact | Pl. | |
| 3 | 2019.08.01 NOTICE-RFI LIC APP_ASCEND MASS, LLC_v1_MRN282077_01Aug19 | Pl. | |
| 4 | 2019.09.05 NOTICE_v2_RFI LIC APP_ASCEND MASS, LLC_MRN282077 | Pl. | |
| 5 | 2019.09.05 POSITIVE IMPACT PLAN-FIRST APPROVED PIP SHERIFF LETTER | Pl. | |
| 6 | 2019.10.03 MUNICIPAL NOTICE AND APPLICATION - ASCEND MASS, LLC (MRN282077)_Redacted | Pl. | |
| 7 | 2019.10.03 NOTICE-APP COMPLETE-ASCEND MASS, LLC (MRN282077) | Pl. | |
| 8 | 2020.01.09 NOTICE-PROVISIONAL LICENSE-ASCEND MASS, LLC-MRN282077 | Pl. | |
| 9 | 2021 POSITIVE IMPACT PLAN-2ND RENEWAL-MR282077 | Pl. | |
| 10 | 2021.01.14 Marijuana Retailer - Renewal Application_MRR205645_Redacted | Pl. | |
| 11 | 2021.01.14 RENEWAL APPROVAL | Pl. | |
| 12 | 2021.01.15 ME RENEWAL APPROVAL-ASCEND MASS, LLC-MR282077-MRR205645 | Pl. | |
| 13 | 2021.03.11 N-FINAL LICENSE-ASCEND MASS, LLC-MR282077 | Pl. | |
| 14 | 2021.04.22 N-COMMENCE OPERATIONS-ASCEND MASS-MR282077 | Pl. | |
| 15 | 2022 POSITIVE IMPACT PLAN-3RD RENEWAL-MR282077 | Pl. | |

| 16 | 2022.01.20 License_Marijuana Retailer_MR282077_Redacted | Pl. | |
|---|---|---|---|
| 17 | 2022.01.20 Marijuana Retailer - Renewal Application_MRR205923_Redacted | Pl. | |
| 18 | 2022.01.20 ME RENEWAL APPROVAL-ASCEND MASS, LLC-MR282077 | Pl. | |
| 19 | 2023 POSITIVE IMPACT PLAN-4TH RENEWAL-MR282077 | Pl. | |
| 20 | 2023.02.09 Marijuana Retailer - Renewal Application_MRR206309 | Pl. | |
| 21 | 2024 Positive Impact Plan - MR282837 Fourth Renewal | Pl. | |
| 22 | 2024.02.08 Marijuana Retailer - Renewal Application_MRR206733 | Pl. | |
| 23 | DIVERSITY PLAN-1ST RENEWAL-MR282077 | Pl. | |
| 24 | DIVERSITY PLAN-2ND RENEWAL-MR282077 | Pl. | |
| 25 | DIVERSITY PLAN-3RD RENEWAL-MR282077 | Pl. | |
| 26 | DIVERSITY PLAN-4TH RENEWAL-MR282077 | Pl. | |
| 27 | 2019 POSITIVE IMPACT PLAN-FIRST APPROVED PIP-MR282077 | Pl. | |
| 28 | 2018.12.04 Boston app_Redacted | Pl. | |
| 29 | 2019.09.05 - CNB to Perullo Request for more information MRN282077 | Pl. | |
| 30 | 2021.11.15 Boston renewal app_Redacted | Pl. | |
| 31 | 2021-05-07 boston renewall app_Redacted | Pl. | |
| 32 | 2023.01.06 boston renewal app_Redacted | Pl. | |
| 33 | 2020.03.12 NOTICE-APP COMPLETE-ASCEND MASS-MRN282837 | Pl. | |
| 34 | 2020.06.04 Marijuana Retailer - New Application_MRN282837_Redacted | Pl. | |
| 35 | 2020.06.04 Newton N-PL-ASCEND MA LLC-MRN282837 | Pl. | |
| 36 | 2021.02.11 Diversity Plan - MR282837 First Renewal | Pl. | |
| 37 | 2021.05.13 Marijuana Retailer - Renewal Application_MRR205740_Redacted | Pl. | |
| 38 | 2021.11.12 N-COMMENCE OPERATIONS-ASCEND MASS-MR282837 | Pl. | |
| 39 | 2022.03.01 Diversity Plan - MR282837 Second Renewal | Pl. | |
| 40 | 2022.03.29 RFI1 RENEWAL-ASCEND MASS, LLC-MRR206013 | Pl. | |
| 41 | 2022.06.09 Marijuana Retailer - Renewal Application_MRR206013_Redacted | Pl. | |
| 42 | 2023 Positive Impact Plan - MR282837 Third Renewal | Pl. | |
| 43 | 2023.06.08 Marijuana Retailer - Renewal Application_MRR206419_Redacted | Pl. | |
| 44 | 2024 Positive Impact Plan - MR282837 Fourth Renewal | Pl. | |
| 45 | 2024.04 Diversity Plan - MR282837 Fourth Renewal | Pl. | |
| 46 | 2024.04.16 RFI1-REN-ASCEND MASS LLC-MRR206864 | Pl. | |
| 47 | 2024.06.12 N-LIC EXTENSION APPROVED-ASCEND MASS-MR282837 | Pl. | 401 |

| 48 | 2024.11.14 Marijuana Retailer - Renewal Application_MRR206864 | Pl. | 401 |
|---|---|---|---|
| 49 | 2019.07.19 Newton App of Intent_Redacted | Pl. | |
| 50 | 2020.03.06 newton app_Redacted | Pl. | |
| 51 | 2021.04.13 Newton renewal_Redacted | Pl. | |
| 52 | 2022.05.05 Newton renewal_Redacted | Pl. | |
| 53 | 2023.05.17 newton renewal_Redacted | Pl. | |
| 54 | 2020.06.09 new bedford app_Redacted | Pl. | |
| 55 | 2022.06.24 New Bedford renewal_Redacted | Pl. | |
| 56 | 2019.08.02 - Cabral em Rutenberg w edit to PIP, Diversity att_Redacted | Pl. | |
| 57 | 2021.09.04 - Rutenberg, Cabral, Lyons, Wright re Renewal Conditions_Redacted | Pl. | |
| 58 | 2021.10.13 - cabral to perullo, rutenberg re boston renewal, update on PIP req'd_Redacted | Pl. | |
| 59 | 2021.10.13 Ascend Mass Boston Diversity Plan 2021 Attachment | Pl. | |
| 60 | 2021.10.13 Updated Ascend ADI Plan Attachment | Pl. | |
| 61 | 2021.11.10 - RR email to FP, AC, Stacia Lyons, friend st renewal_Redacted | Pl. | |
| 62 | 2022.03.04 - RR sends Perullo updated Newton ADI and Div Plan_Redacted | Pl. | |
| 63 | 2022.03.04 Ascend Mass Boston Diversity Plan 2021 Attachment | Pl. | |
| 64 | 2022.03.04 Ascend Newton ADI Plan updated submission - 3-1-2022 FNAL Attachment | Pl. | |
| 65 | 2022.03.01 - Wright to Drummond re Wording ADI Plan_Redacted | Pl. | |
| 66 | 2022.03.01 Ascend Newton ADI Plan updated submission -7-7-21 CHECKED Attachment | Pl. | |
| 67 | 2022.03.01 Ascend Newton Diversity Plan updated submission 7-7-21 CHECKED Attachment | Pl. | |
| 68 | 2021.12.16 - DD em FP diversity plans and pip | Pl. | |
| 69 | 2021.12.16 Ascend Mass Boston ADI Plan original submission 11-2-2020 CHECKED Attachment | Pl. | |
| 70 | 2021.12.16 Ascend Mass Boston Diversity Plan original submission 11-2-2020 CHECKED Attachment | Pl. | |
| 71 | 2021.12.16 Ascend Boston ADI Plan updated submission 2-11-2021 - CHECKED Attachment | Pl. | |
| 72 | 2021.12.16 Ascend Newton ADI Plan updated submission- 7-7-21 CHECKED Attachment | Pl. | |
| 73 | 2021.12.16 Ascend Boston Diversity Plan updated submission - 10-5-21 - CHECKED Attachment | Pl. | |
| 74 | 2021.12.16 Ascend Newton Diversity Plan updated submission 7-7-21 CHECKED Attachment | Pl. | |
| 75 | 2022.07.19 - New Bedford - need to update pip sooner the better_Redacted | Pl. | |
| 76 | 2022.07.20 - cori expungement seminars_Redacted | Pl. | 401, 403 |

3

| 77 | 2022.07.20 Ascend Positive Impact Plan Attachment | Pl. | 401, 403 |
|---|---|---|---|
| 78 | 2022.07.21 - Lyons to Knupp et al re CCC Inspection in MA soon_Redacted | Pl. | 401, 403 |
| 79 | 2022.07.21 Ascend_-_New_Bedford_-_Plan_to_Positively_Impact_Areas_of_Disproportionate_Impact Attachment | Pl. | 401, 403 |
| 80 | 2022.07.21 Ascend New Bedford Updated Diversity Plan Attachment | Pl. | 401, 403 |
| 81 | 2022.11.17 - Lyons to Drummond re Friend St Renewal_Redacted | Pl. | 401, 403 |
| 82 | 2022.11.17 PPI-AID Attachment | Pl. | 401, 403 |
| 83 | 2022.11.17 2021 Diversity Plan (Boston) Attachment | Pl. | 401, 403 |
| 84 | 2022.11.17 2021 Submission PPI and Diversity Attachment | Pl. | 401, 403 |
| 85 | 2022.11.22 - friend st renewal_Redacted | Pl. | 401, 403 |
| 86 | 2022.11.22 2022 Diversity Plan- Attachment | Pl. | |
| 87 | 2022.11.22 PPIDI - 2022-- Attachment | Pl. | |
| 88 | 2023.12.12 - Friend st renewal pip_Redacted | Pl. | |
| 89 | 2023.12.12 Positive Impact Plan Updates Attachment | Pl. | |
| 90 | 2018.10.22 Form D Ascend - 0001756390-18-000001_Redacted | Pl. | |
| 91 | 2019.03.11 Form D Ascend - 0001756390-19-000001_Redacted | Pl. | |
| 92 | 2019.06.25 Form D Ascend - 0001756390-19-000002_Redacted | Pl. | |
| 93 | 2021.01.21 Form D Ascend - 0001756390-21-000001 | Pl. | |
| 94 | agp partners llc op agreement_1 | Pl. | |
| 95 | 2020.06.16 - Boston diversity and ADI plan_Redacted | Pl. | 401, 403 |
| 96 | 2020.06.16 Ascend Mass - Boston - Diversity Attachment | Pl. | 401, 403 |
| 97 | 2020.06.16 Ascend Mass - ADI Plan Attachment | Pl. | 401, 403 |
| 98 | 2020.06.16 Ascend Mass - Diversity Plan Attachment | Pl. | 401, 403 |
| 99 | 2021.02.10 - Email re edits to PIP based on CCC feedback_Redacted | Pl. | |
| 100 | 2021.02.10 Ascend ADI Plan Attachment | Pl. | |
| 101 | 2021.02.10 Ascend - Diversity Plan Attachment | Pl. | |
| 102 | 2021.04.16 - updated ADI plan Boston_Redacted | Pl. | |
| 103 | 2021.04.16 Updated Ascend ADI Plan 2.11.21 Attachment | Pl. | |
| 104 | 2021.04.16 Ascend - Updated Diversity Plan Attachment | Pl. | |
| 105 | 2022.04.18 Ascend Updated Diversity Plan Attachment | Pl. | |
| 106 | 2022.04.18 04.08.20_Positive_Impact_Plan_Ascend_Mass_LLC (1) Attachment | Pl. | |
| 107 | 2022.04.18 2021 Determination Letter Attachment | Pl. | |
| 108 | 2022.04.18 WeGrow Info Attachment_Redacted | Pl. | |
| 109 | 2022.05.04 - Lyons email to Callahan subject Newton_Redacted | Pl. | |
| 110 | 2022.05.04 Positive Impact (Newton) Attachment | Pl. | |

| 111 | 2022.05.04 Diversity Plan (Newton) Attachment | Pl. | |
|---|---|---|---|
| 112 | 2022.05.04 6. Diversity Plan - Ascend Mass Newton Hiring Files Attachment | Pl. | |
| 113 | 2022.05.04 5. BECMA 4.11.22 for Danielle Drummond Attachment | Pl. | |
| 114 | 2022.05.04 7. ERG Flyers Attachment | Pl. | |
| 115 | 2022.05.04 3. WeGrow Inc - IRS Determination Attachment | Pl. | |
| 116 | 2022.05.04 Last Prisoner Project Donation Letter Attachment | Pl. | |
| 117 | 2022.05.04 LLP Donation Confirmation Attachment | Pl. | |
| 118 | 2022.06.24 - new bedford app submitted_Redacted | Pl. | |
| 119 | 2022.06.24 Southcoast Apothecary, LLC_New Bedford Retail Renewal Application_MRR206084_Submitted 6.24.22 Attachment | Pl. | |
| 120 | 2022.10.17 - Bender email to Lyons subject WeGrow urgent_Redacted | Pl. | |
| 121 | 2022.10.17 04.08.20_Positive_Impact_Plan_Ascend_Mass_LLC (1) (1) Attachment | Pl. | 401/403 |
| 122 | 2020-10-08 - diversity ADI required annually_Redacted | Pl. | |
| 123 | 2020-10-08 Ascend Mass - Boston - Diversity Attachment | Pl. | |
| 124 | 2020-10-08 Ascend Mass - ADI Plan Attachment | Pl. | |
| 125 | 2020-10-09 - hiring requirements_Redacted | Pl. | |
| 126 | 2020-10-09 Ascend Mass Retail Hiring Requirements Attachment | Pl. | |
| 127 | 2021-02-09 - AC turn around items by COB_Redacted | Pl. | |
| 128 | 2021-02-09 PL_EXECUTIVE-SUMMARY-ASCEND-MASS-LLC-MRN282007-v3 Attachment | Pl. | |
| 129 | 2021-03-20 - assessment for SCSD referral_Redacted | Pl. | |
| 130 | 2021-03-20 W.G. Assessment - 2021 Attachment_Redacted | Pl. | |
| 131 | 2021-03-20 L.M. - Assessment 2021 Attachment_Redacted | Pl. | |
| 132 | 2021-05-04 - com engagement job description | Pl. | |
| 133 | 2021-05-04 Community Engagement - External Affairs Officer copy Attachment | Pl. | |
| 134 | 2021-09-01 - renewal newton summary_Redacted | Pl. | |
| 135 | 2021-09-01 DEI - Hiring Files - Tear Sheets - Newton Dispensary FINAL Attachment | Pl. | |
| 136 | 2021-09-01 Ascend Mass - Newton - Hiring Demographics - FINAL Attachment | Pl. | |
| 137 | 2021-09-07 Newton - PPLI Interview Notes - 9-7-2021_v15 Attachment | Pl. | |
| 138 | 2021-10-05 - AC diversity adi plans_Redacted | Pl. | |
| 139 | 2021-10-05 Ascend Boston Employee Demographics 6-1-2021 Attachment | Pl. | |
| 140 | 2021-10-05 18. Updated Ascend ADI Plan Newton PPLI Attachment.pdf | Pl. | |
| 141 | 2021-10-05 22. Ascend Newton Updated Diversity Plan Attachment | Pl. | |

| 142 | 2021-10-05 Updated Ascend ADI Plan Attachment | Pl. | |
|---|---|---|---|
| 143 | 2021-10-05 Updated Ascend Diversity Plan Attachment | Pl. | |
| 144 | 2021-10-14 - friend st renewal_Redacted | Pl. | |
| 145 | 2021-10-14 Ascend Mass Newton Diversity Plan (2021) Attachment | Pl. | |
| 146 | 2021-12-15 - ADI diversity CCC requirements_Redacted | Pl. | |
| 147 | 2021-12-15 Ascend Mass Boston ADI Plan original submission 11-2-2020 CHECKED Attachment | Pl. | |
| 148 | 2021-12-15 Ascend Mass Boston Diversity Plan original submission 11-2-2020 CHECKED Attachment | Pl. | |
| 149 | 2021-12-15 Ascend Boston ADI Plan updated submission 2-11-2021 - CHECKED Attachment | Pl. | |
| 150 | 2021-12-15 Ascend Boston Diversity Plan updated submission- 10-5-21 - CHECKED Attachment | Pl. | |
| 151 | 2021-12-15 Ascend Newton ADI Plan updated submission - 7-7-21 CHECKED Attachment | Pl. | |
| 152 | 2021-12-15 Ascend Newton Diversity Plan updated submission 7-7-21 CHECKED Attachment | Pl. | |
| 153 | 2021-12-15 MassGrow Diversity Plan original submission 5-2019 CHECKED Attachment | Pl. | |
| 154 | 2021-12-15 MassGrow Diversity Plan renewal submission 9-21-2021 CHECKED Attachment | Pl. | |
| 155 | 2022-02-18 - data for renewal_Redacted | Pl. | |
| 156 | 2022-02-18 Ascend Mass - Boston - Diversity Plan - 11-1-2021 Attachment | Pl. | |
| 157 | 2022-02-18 Ascend Mass - Boston - Hiring Demographics - 8-4-2021 Attachment | Pl. | |
| 158 | 2022-02-18 Ascend Mass - Boston - ADI Update - 11-1-2021 Attachment | Pl. | |
| 159 | 2022-03-03 - Cabral to Wright and Drummond re Newton ADI and DEI doc updates_Redacted | Pl. | |
| 160 | 2022-03-03 Ascend Newton ADI Plan updated submission - 2-1-2022 DRAFT Attachment | Pl. | |
| 161 | 2022-03-03 Ascend Newton Diversity Plan updated submission 3-1-2022 DRAFT Attachment | Pl. | |
| 162 | 2019.07.26 - Newton app_Redacted | Pl. | |
| 163 | 2019.07.26 Ascend Mass - Newton - Application of Intent with attachments Attachment_Redacted | Pl. | |
| 164 | 2019.07.26 Ascend Mass - Newton - Application Payment Attachment_Redacted | Pl. | |
| 165 | 2019.07.26 Ascend Mass - Newton - Management and Operations Profile with attachments Attachment_Redacted | Pl. | |
| 166 | 2019.08.06 - ADI plan_Redacted | Pl. | |
| 167 | 2019.08.06 Ascend Mass - ADI Plan Attachment | Pl. | |
| 168 | 2020-12-19 - Roughton to Cabral, Ozigbo re ascend returning citizens list_Redacted | Pl. | |
| 169 | 2021-03-10 - Call recap and Items Pending Approval from AWH_Redacted | Pl. | 401/403 |
| 170 | 2021-03-10 Ascend MA Fact Sheet Feb 2021 Attachment | Pl. | 401/403 |

| 171 | 2021-03-10 Ascend MA Media Advisory Friend Street Opening 3-1-21 DRAFT Attachment | Pl. | 401/403 |
|---|---|---|---|
| 172 | 2021-03-10 Ascend MA Pitch Narrative- Andrew Cabral Profile Attachment | Pl. | 401/403 |
| 173 | 2021-03-10 Ascend MA Pitch Narrative- Flagship Attachment | Pl. | 401/403 |
| 174 | 2021-03-10 Ascend MA Pitch Narrative- Friend Street employees Attachment | Pl. | 401/403 |
| 175 | 2021-03-10 Ascend MA Pitch Narrative- Social Equity Attachment | Pl. | 401/403 |
| 176 | 2021-03-10 Ascend MA Pitch Narrative- We Grow Attachment | Pl. | 401/403 |
| 177 | 2021-03-10 Ascend MA Press Release Friend Street Opening 3-15-21 DRAFT Attachment | Pl. | 401/403 |
| 178 | 2021-03-10 AWH Friend Street Opening Message Guide Draft December 2020 Attachment | Pl. | 401/403 |
| 179 | 2021-04-19 - Cabral to Liotta, Valencia re Facility Fast Facts_Redacted | Pl. | |
| 180 | 2021-04-19 Facility Fast Facts - Marketing Attachment | Pl. | |
| 181 | 2021-05-17 - Acevedo to Cabral, Porter re Ascend Positions_Redacted | Pl. | |
| 182 | 2021.06.03 - Neville to Markham et al Approval Needed re Community Manager_Redacted | Pl. | |
| 183 | 2019.03.19 - deck to potential investors_Redacted | Pl. | 401/403 |
| 184 | 2019.03.19 AWHDeckv7 Attachment | Pl. | 401/403 |
| 185 | 2019.03.19 AWH Key Press_03.15.19 Attachment | Pl. | 401/403 |
| 186 | 2019.04.09 - AWH and JM10 partners_Redacted | Pl. | 401/403 |
| 187 | 2019.04.09 AWHDeckv7 Attachment | Pl. | 401/403 |
| 188 | 2019.04.09 AWH Key Press_03.15.19 Attachment | Pl. | 401/403 |
| 189 | 2019.04.09 Ascend Wellness Holdings, LLC - Series Seed + Subscription Agreement 4814 Attachment | Pl. | 401/403 |
| 190 | 2019.04.09 AWH - Terms for Private Placement 4830-2518-9252 (1) Attachment | Pl. | 401/403 |
| 191 | 2019.04.09 Cowenreport Attachment | Pl. | 401/403 |
| 192 | 2019.04.09 JM10 II Deck (April) Attachment | Pl. | 401/403 |
| 193 | 2019.04.09 Ascend_Wellness_Holdings_LLC_-_3rd_AR_LLC_Agreement_4845-3825-2932_(2) Attachment | Pl. | 401/403 |
| 194 | 2021.04.15 - VIP and GO list for Friend St Opening_Redacted | Pl. | 401/403 |
| 195 | 2021.04.15 Draft Outreach List for Soft Launch(es) Attachment | Pl. | 401/403 |
| 196 | 2021.04.20 - draft outreach list for soft launch_Redacted | Pl. | |
| 197 | 2021.04.20 Draft Outreach List for Soft Launch(es) Attachment | Pl. | |
| 198 | 2021.04.26 - Town Hall Deck_Redacted | Pl. | 401/403 |
| 199 | 2021.04.26 Ascend MA Pitch Narrative - Social Equity Attachment | Pl. | 401/403 |
| 200 | 2021.04.26 Townhall edited SKL Attachment | Pl. | 401/403 |
| 201 | 2021.04.30 - Friend St Key Messaging_Redacted | Pl. | |

| 202 | 2021.04.30 AWH Friend Street Key Messages_2 Attachment | Pl. | |
|---|---|---|---|
| 203 | 2019 Employee Handbook - (with letter) | Pl. | 401;403;404b |
| 204 | 2019-09-05 - Forbes em to AC ,Thornhill em to Forbes, AC re Tompkins ltr_Redacted | Pl. | |
| 205 | 2019-09-05 Letter from Sheriff Tompkins to Cannabis Control Commission - 9 Attachment | Pl. | |
| 206 | 2020 W-2_Redacted | Pl. | 401; 403 |
| 207 | 2020-04-06 - Fw Mass CCC and Facility Survey on Cannabis Impact Inquiry with attachments_Redacted | Pl. | |
| 208 | 2020-04-06 Mass Cannabis Control Guidance for Identifying Areas of Disproportionate Impact Attachment | Pl. | |
| 209 | 2020-04-06 Mass Cannabis Control Guidance on Plans to Positively Impact Disproportionately Harmed People Attachment | Pl. | |
| 210 | 2020-04-06 Mass Cannabis Control Social Provisions Guidance Attachment | Pl. | |
| 211 | 2020-10-13 - Letter from the Sheriff re_ CGI employment w_Ascend | Pl. | |
| 212 | 2020-10-13 - Thornhill to Cabral re Letter from ST to CCC_Redacted | Pl. | |
| 213 | 2020-10-13 2019 Letter from ST to CCC Attachment | Pl. | |
| 214 | 2020-10-13 Letter from Sheriff Tompkins to Cannabis Control Commission - O Attachment | Pl. | |
| 215 | 2020-10-13 AC Signature from Email Attachment_Redacted | Pl. | 401 |
| 216 | 2020-10-13 Tompkins-Cabral texts_Redacted | Pl. | |
| 217 | 2020-11-05 - Ascend Mass retail cannabis associate job description | Pl. | |
| 218 | 2020-11-05 Retail_Cannabis_Associate_AR_rev_10.17 Attachment | Pl. | |
| 219 | 2020-12-14 - ascend dispensary returning citizens list_Redacted | Pl. | |
| 220 | 2020-12-14 ascend dispensary returning citizens list Attachment_Redacted | Pl. | |
| 221 | 2020-12-15 - Re Ascend Mass retail cannabis assoc job description_Redacted | Pl. | |
| 222 | 2021 W-2_Redacted | Pl. | 401;403 |
| 223 | 2021-03-02 - Cabral to Elaine re 132 Portland St_Redacted | Pl. | |
| 224 | 2022 W-2_Redacted | Pl. | 401;403 |
| 225 | 2025 W-2 Instructions | Pl. | 401;403 |
| 226 | 2021-02-18 - porter re candidate to acevedo_Redacted | Pl. | |
| 227 | 2021-02-18 Q.W. Attachment_Redacted | Pl. | |
| 228 | 2021-05-19 - porter prop candidate to AC_Redacted | Pl. | |
| 229 | 2021-05-27 - Porter to Cabral re Candidate_Redacted | Pl. | |
| 230 | 2021-06-10 - acevedo new position_Redacted | Pl. | |
| 231 | 2018.05.29 agp partners llc op agreement_1 | Pl. | |
| 232 | 2018.05.29 Cananovus, LLC - Operating Agreement (1) | Pl. | |

| 233 | 2018.05.29 Operating Agreement Canna Novus executed by Perullo, Scappiccio, and Rutenberg | Pl. | |
|---|---|---|---|
| 234 | 2018.05.29 Operating Agreement Canna Novus executed Perullo and Scappiccio | Pl. | |
| 235 | 2019.01.29 Ascend_Wellness_Holdings_LLC_-_3rd_AR_LLC_Agreement_4845-3825-2932_(2) | Pl. | |
| 236 | 2020.08.10 Passacantilli executed Canna Novus P&S | Pl. | |
| 237 | 2020.11.13 tompkins p and s agr_1_Redacted | Pl. | |
| 238 | Boston AWH 1 | Pl. | |
| 239 | Boston AWH 2 | Pl. | |
| 240 | New Bedford AWH | Pl. | |
| 241 | Newton AWH 1 | Pl. | |
| 242 | Newton AWH 2 | Pl. | |
| 243 | Newton AWH 3 | Pl. | |
| 244 | 2019-06-11 - Perullo - RFI app for Ascend MA application_Redacted | Pl. | |
| 245 | 2019-06-11 Ascend - AOI Update Attachment_Redacted | Pl. | |
| 246 | 2019-06-11 Ascend Mass LLC -  Operating Agreement[1] Attachment | Pl. | |
| 247 | 2019-06-11 Ascend Mass - RFI Edits Attachment_Redacted | Pl. | |
| 248 | 2019-06-11 Ascend Mass - RFI Response copy Attachment | Pl. | |
| 249 | 2019-06-11 Baker - Character and Comptenency Form Attachment _Redacted | Pl. | 401 |
| 250 | 2019-06-11 Baker Employment and Education Attachment_Redacted | Pl. | 401 |
| 251 | 2019-06-11 FTG Security Character and Competency Attachment | Pl. | 401 |
| 252 | 2019-07-25 - Bostick to Perullo re Ascend Deck_Redacted | Pl. | 401 |
| 253 | 2019-07-25 Ascend Deck v30 (3) Attachment | Pl. | 401 |
| 254 | 2019-08-01 - Rutenberg em to Perullo, Cabral w att_Redacted | Pl. | |
| 255 | 2019-08-01 Ascend - Diversity Attachment | Pl. | |
| 256 | 2019-08-01 Ascend Mass - WeGrow Letter Attachment | Pl. | |
| 257 | 2019-08-01 Ascend - Plan for Positive Impact Attachment | Pl. | |
| 258 | 2019-08-05 - em chain Rutenberg, Perullo, Cabral email15_Redacted | Pl. | |
| 259 | 2019-08-06 - community presentations em to Perullo_Redacted | Pl. | |
| 260 | 2019-08-06 Ascend Mass - ADI Plan Attachment | Pl. | |
| 261 | 2019-09-05 - CNB to Perullo re Request for More Info MRN282077 | Pl. | |
| 262 | 2019-09-05 NOTICE_v2_RFI LIC APP _ASCEND MASS, LLC_MRN282077 Attachment | Pl. | |
| 263 | 2019-09-05 - Perullo to Cabral re Request for More Information MRN282077 | Pl. | |
| 264 | 2019-09-05 - FP fwds CCC notice to AC and RR - email14_Redacted | Pl. | |

| 265 | 2019-09-05 - Gmail - Fwd_ Letter to the Cannabis Control Commission_Redacted | Pl. | |
| 266 | 2019-09-05 - Cabral to Rutenberg, Perullo re Letter from ST to CCC_Redacted | Pl. | |
| 267 | 2019-09-05 Letter from Sheriff Tompkins to Cannabis Control Commission - 9 Attachment | Pl. | |
| 268 | 2019-09-06 - Perullo email with CCC rfi re AWH oper agmt | Pl. | 401 |
| 269 | 2019-09-06 NOTICE_v2_RFI LIC APP _ASCEND MASS, LLC_MRN282077 Attachment | Pl. | 401 |
| 270 | 2020-02-02 - Passacantilli to Perullo re Commission _Redacted | Pl. | |
| 271 | 2020-02-02 Passacantilli excel re Copy of Sage Systems 2019_10 | Pl. | |
| 272 | 2020-11-09 - COMCAST_0125648_image FP sending wire info to ST nov 9 2020 | Pl. | |
| 273 | 2020-11-09 COMCAST0099579 - wire info for 11-9-2020 Attachment_Recdacted | Pl. | |
| 274 | 2021-03-21 - Email from Moghimi to Perullo re ST Donation Link_Redacted | Pl. | |
| 275 | 2021-04-19 - email w att Frank Perullo letter of support MEC | Pl. | |
| 276 | 2021-04-19 - Frank Perullo letter of support for MEC | Pl. | |
| 277 | 2021-04-22 AWH - Code of Business Conduct and Ethics | Pl. | 401;403;404b |
| 278 | 2021-04-28 Prospectus Ascend - 0001628280-21-008020 | Pl. | |
| 279 | 2021-05-19 - Q1 Earnings Call Final w att - email5_Redacted | Pl. | |
| 280 | 2021-05-19 2021 Q1 Earnings Call Final | Pl. | |
| 281 | 2021-09-03 - Share Count - email12_Redacted | Pl. | |
| 282 | 2021-10-13 - cabral to perullo, rutenberg re boston renewal, update on PIP req'd_Redacted | Pl. | |
| 283 | 2021-10-13 Ascend Mass Boston Diversity Plan 2021 Attachment | Pl. | |
| 284 | 2021-10-13 Updated Ascend ADI Plan Attachment | Pl. | |
| 285 | 2021-12-16 - Drummond em Perullo re AWH diversity plans | Pl. | |
| 286 | 2021-12-16 Ascend Mass Boston ADI Plan original submission 11-2-2020 CHECKED Attachment | Pl. | 401, 403 |
| 287 | 2021-12-16 Ascend Mass Boston Diversity Plan original submission 11-2-2020 CHECKED Attachment | Pl. | 401, 403 |
| 288 | 2021-12-16 Ascend Boston ADI Plan updated submission 2-11-2021 - CHECKED Attachment | Pl. | |
| 289 | 2021-12-16 Ascend Boston Diversity Plan updated submission - 10-5-21 - CHECKED Attachment | Pl. | |
| 290 | 2021-12-16 Ascend Newton ADI Plan updated submission - 7-7-21 CHECKED Attachment | Pl. | |
| 291 | 2021-12-16 Ascend Newton Diversity Plan updated submission 7-7-21 CHECKED Attachment | Pl. | |
| 292 | 2022-03-04 - RR sends Perullo updated Newton ADI and Div Plan_Redacted | Pl. | |
| 293 | 2022-03-04 Ascend Newton ADI Plan updated submission - 3-1-2022 FNAL Attachment | Pl. | |

| 294 | 2022-03-04 Ascend Newton Diversity Plan updated submission 3-1-2022 FINAL Attachment | Pl. | |
|---|---|---|---|
| 295 | 2022-03-04 - Perullo to Drummond re Information Request Newton Renewal_Redacted | Pl. | |
| 296 | 2022-03-04 Ascend Newton ADI Plan updated submission - 3-1-2022 FNAL Attachment | Pl. | |
| 297 | 2022-03-04 Ascend Newton Diversity Plan updated submission 3-1-2022 FINAL Attachment | Pl. | |
| 298 | 2022-05-27 12,500 to tompkins Check_DI_Redacted | Pl. | |
| 299 | 2022-09-09 12,500 to tompkins 'loan repayment' Check_DI_Redacted | Pl. | |
| 300 | 2022-10-02 12,000 to tompkins Check_DI_Redacted | Pl. | |
| 301 | 2022-12-20 12,000 to tompkins Check_DI_Redacted | Pl. | |
| 302 | 2023-07-09 1,000 to tompkins - Beacon Group_Redacted | Pl. | |
| 303 | 2024-09-13 Proffer Letter | Pl. | |
| 304 | 2024-10-02 Perullo Immunity Agreement | Pl. | |
| 305 | ST and FP Text messages_Redacted | Pl. | |
| 306 | SOC official response to United States v. Tompkins Trial Subpoena | Pl. | |
| 307 | 2015.09.23 Executed DA | Pl. | 401, 403, 404b |
| 308 | 2020.11.23 - Email to Tompkins_Redacted | Pl. | 401, 403, 404b |
| 309 | 2020.11.23 gl-c-268a-the-conflict-of- attachment | Pl. | 401, 403, 404b |
| 310 | 2020.11.23 gl-c-268b attachment | Pl. | 401, 403, 404b |
| 311 | 2020.11.23 PI NOTICE TO SUBJECT Tompkins signed attachment_Redacted | Pl. | 401, 403, 404b |
| 312 | 2020.11.23 State Ethics Commission Enforcement Procedures attachment | Pl. | 401, 403, 404b |
| 313 | 2023.03.06 DA 23-0002 | Pl. | 401, 403, 404b |
| 314 | 2000.08.08 Acct Opening Forms_Redacted | Pl. | 401; Need redactions of account numbers |
| 315 | 2017-2023 Interaction Notes_Redacted | Pl. | 401; 802 |
| 316 | 2020 statements_Redacted | Pl. | |
| 317 | 2021 statements_Redacted | Pl. | 401 |
| 318 | 2022 statements_Redacted | Pl. | 401 |
| 319 | 2023 statements_Redacted | Pl. | 401 |
| 320 | DRAFT AAWH Stock Price and MV | Pl. | 1006;106 (Summary appears to be of AAWH.U, not AAWH) |

11

| 321 | DRAFT AAWH price differences | Pl. | 1006;106 (E.g., Missing data from IPO on May 4 to May 25) |
|---|---|---|---|
| 322 | DRAFT TOMPKINS Fidelity Wire to Sage Consulting | Pl. | |
| 323 | DRAFT Stock Chart 05.26.2021-05.26.2022 | Pl. | Same as 320 and 321 |
| 324 | DRAFT Stock Chart 03.18.2022-07.9.2023 | Pl. | Same as 320 and 321 |
| 325 | DRAFT TOMPKINS Slides Details | Pl. | 401;403 |
| 326 | DRAFT TOMPKINS Slides Details | Pl. | 401;403 |
| 327 | DRAFT TOMPKINS Slides | Pl. | 401;403 |
| 328 | DRAFT TOMPKINS Checks Written | Pl. | 401;403 |
| 329 | DRAFT Checks Received | Pl. | 403; Additional objections to underlying data as 320 and 321. |
| 330 | 2022-07-20 – Danielle Drumond email to Bret Bender | Pl. | |
| 331 | 2023-04-25 – Stacia Lyons email to Danielle Drumond and others | Pl. | |
| 332 | 2023-04-25 MA - Newton - 2023 PPID Attachment | Pl. | |
| 333 | 2023-04-25 MA - Newton - 2023 Diversity Plan Attachment | Pl. | |
| 334 | 2023-04-25 2023 Newton Hiring Stats Attachment | Pl. | |
| 335 | 2023-04-25 Diversity Plan Attachment | Pl. | |
| 336 | 04.25.2023 MA- Newton- CCC RFI 2023.0424 Attachment | Pl. | |
| 337 | Guidance on Required Positive Impact Plans and Diversity Plans rev 2019.2.25 | Pl. | |
| 338 | 2019-06-25 - AC to Christine re MassGrow Plan to Affect ADI_Redacted | Pl. | |
| 339 | 2019-06-25 MassGrow Plan to Affect ADI Attachment | Pl. | |
| 340 | 2019-06-25 ATT000001 (AC Email Signature) Attachment_Redacted | Pl. | 401 |
| 401 | 01.21.13 – Kimberly Haberlin email to Steve Tompkins, Andrea Cabral, and others | Def. | 401; 404a1; 802 |
| 402 | 10.04.16 – Steve Tompkins email to Frank Perullo, Rebecca Rutenberg, and others | Def. | 401; 404a1; 802 |
| 403 | 11.12.16 – Rebecca Rutenberg email to Frank Perullo, Steve Tompkins, and others | Def. | 401; 404a1; 802 |
| 404 | 03.05.19 – Frank Perullo email to Steve Tompkins and Meredith Lerner | Def. | |
| 405 | 03.05.19 – Frank Perullo email to Meredith Lerner and Steve Tompkins | Def. | |
| 406 | 09.05.19 – Valerie Thornhill-Hudson email to Andrea Cabral, cc Allen Forbes (AWH_422) | Def. | |

| 407 | 11.15.19 – Marie Turley email to Andrea Cabral (AWH_481) | Def. | 401; 404a1; 802 |
|---|---|---|---|
| 408 | 11.02.20 – Andrea Cabral email to William Sweeney | Def. | |
| 409 | 12.02.20 – William Sweeney email to Christina Ruccio | Def. | |
| 410 | 12.11.20 – Andrea Cabral email to William Sweeney | Def. | |
| 411 | 12.15.20 – William Sweeney email to Carla Acevedo | Def. | |
| 412 | 02.16.21 – Carla Acevedo email to Andrea Cabral (AWH_1141) | Def. | Needs Additional Redactions-Jason Thompson |
| 413 | 05.03.21 and 05.09.21 – Ascend email to Tompkins re: Ascend's Friend St invitation | Def. | |
| 414 | 05.11.21 – Ascend Boston VIP List | Def. | |
| 415 | 05.19.21 – Frank Perullo email to Steve Tompkins re Q1 Earnings Call Final | Def. | |
| 416 | 09.03.21 – Frank Perullo email to Steve Tompkins (3461) | Def. | |
| 417 | 09.09.21 – Paul Scapicchio email to Steve Tompkins and Frank Perullo | Def. | |
| 418 | 09.17.21 – Frank Perullo email to Meredith Lerner and Steve Tompkins | Def. | |
| 419 | 10.22.21 – Exchange of emails between Andrea Cabral, Nick Lahage, and others re search for Ascend candidates | Def. | |
| 420 | 03.03.22 – Andrea Cabral email to Mark Wright and Danielle Drumond (AWH_2877) | Def. | |
| 421 | 06.16.22 – Meredith Lerner email to Paul Scapicchio, Steve Tompkins, and Frank Perullo | Def. | |
| 422 | 07.13.22 – Danielle Drumond email to Bret Bender (AWH_9592) | Def. | |
| 423 | 07.20.22 – Danielle Drumond email to Bret Bender (AWH_9741) | Def. | |
| 424 | 09.06.22 – Frank Perullo email, bcc Steve Tompkins and Meredith Lerner (AWH_13388) | Def. | 401; 404a1; 802 |
| 425 | 04.25.23 – Stacia Lyons email to Danielle Drumond and others (AWH_9335) | Def. | |
| 426 | 05.10.23 – Meredith Lerner email to Steve Tompkins and Frank Perullo | Def. | |
| 427 | 10.12.16 – Perullo-Tompkins Text Messages | Def. | |
| 428 | 10.29.16 – Perullo-Tompkins Text Messages | Def. | |
| 429 | 02.27.19 – Perullo-Tompkins Text Messages (SCSD0011/57655) | Def. | |
| 430 | 02.27.19 – Perullo-Tompkins Text Messages (57655) | Def. | |
| 431 | April 2020 – Tompkins-Perullo-Lerner Text Messages | Def. | 901a |
| 432 | 08.11.20 – Perullo-Tompkins Text Messages (57662) | Def. | |
| 433 | 09.22.20 – Perullo-Tompkins Text Messages (57680) | Def. | |
| 434 | 09.28.20 – Perullo-Tompkins Text Messages (57696) | Def. | |
| 435 | 09.28.20 – Perullo-Tompkins Text Messages (57696) | Def. | |

| 436 | 03.05.21 – Perullo-Tompkins Text Messages (57733) | Def. | 401; 403 |
|---|---|---|---|
| 437 | 06.05.21 – Perullo-Tompkins Text Messages (57724) | Def. | 401; 404a1 |
| 438 | 09.03.21 – Perullo-Tompkins Text Messages (57788) | Def. | |
| 439 | 09.28.21 – Perullo-Tompkins Text Messages (57704) | Def. | 401; 404a1; 802 |
| 440 | 10.12.21 – Perullo-Tompkins Text Messages (57686) | Def. | |
| 441 | 11.19.21 – Perullo-Tompkins-Scapicchio-Lerner Text Messages (57819) | Def. | |
| 442 | 12.15.21 – Perullo-Tompkins-Scapicchio-Lerner Text Messages (57816) | Def. | |
| 443 | 12.25.21 – Perullo-Tompkins Text Messages (57759) | Def. | |
| 444 | 01.01.22 – Perullo-Tompkins Text Messages (57826) | Def. | |
| 445 | 03.23.22 – Tompkins-Scapicchio Text Messages | Def. | |
| 446 | 04.15.22 – Perullo-Tompkins Text Messages (57828) | Def. | 401; 403 |
| 447 | 04.18.22 – Perullo-Tompkins-Lerner Text Messages (57828) | Def. | 401; 403 |
| 448 | 05.11.22 – Scapicchio-Tompkins Text Messages | Def. | 401; 403 |
| 449 | 06.09.22 – Perullo-Tompkins Text Messages (57690) | Def. | |
| 450 | 01.19.23 – Perullo-Tompkins Text Messages (57684) | Def. | |
| 451 | 01.19.23 – Perullo-Tompkins Text Messages (57706) | Def. | |
| 452 | 03.06.23 – Perullo-Tompkins Text Messages (57706) | Def. | |
| 453 | 03.07.23 – Perullo-Tompkins Text Messages (57674) | Def. | |
| 454 | 03.23.23 – Perullo-Tompkins Text Messages (57676) | Def. | |
| 455 | 04.07.24 – Perullo-Tompkins Text Messages | Def. | 401; 901 |
| 456 | Tompkins-Perullo-Lerner Text Messages (3549) | Def. | |
| 457 | 12.25.18 – Tompkins-Cabral Text Messages (52856) | Def. | 401; 403 |
| 458 | 08.14.19 – Tompkins-Cabral-Perullo-Lerner-Morel Text Messages | Def. | 401; 403 |
| 459 | 08.28.19 – Tompkins-Cabral Text Messages (58334) | Def. | 401; 403; 404a1; 802 |
| 460 | 09.05.19 – Tompkins-Cabral Text Messages | Def. | |
| 461 | 09.06.19 – Tompkins-Cabral Text Messages (58290) | Def. | |
| 462 | 10.13.20 – Tompkins-Cabral Text Messages (58323) | Def. | |
| 463 | 11.02.20 – Tompkins-Cabral Text Messages (58330) | Def. | 401; 802 |
| 464 | 05.26.21 – Tompkins-Cabral Text Messages (58458) | Def. | 401; 403 |
| 465 | 06.09.18 – Boston Globe Article | Def. | 401; 802 |
| 466 | 11.18.19 – Common Ground Magazine (AWH_13722) | Def. | 401; 404a1; 802 |
| 467 | November 2020 – Tompkins Fidelity Account Statements (3562) | Def. | |
| 468 | 02.11.21 – Ascend PIP Plan (AWH_26590) | Def. | |
| 469 | 03.01.22 – Ascend ADI Plan (AWH_5260) | Def. | |
| 470 | 03.01.22 – Ascend ADI Plan (AWH_9570) | Def. | |
| 471 | Ascend PIP Plan (AWH_1873) | Def. | |
| 472 | Ascend PIP Plan (AWH_45715) | Def. | |

14

| 473 | 2022 Ascend PIP Plan (AWH_45757) | Def. | |
|---|---|---|---|
| 474 | 08.10.21 – AWH Q2 2021 Earnings Call | Def. | 401; 802 |
| 475 | 03.10.22 – AWH 10-K SEC Filing for 2021 | Def. | |
| 476 | 12.19.25 – CCC Subpoena | Def. | 401; 403 |
| 477 | 02.09.26 – CCC Declaration | Def. | 401; 403 |
| 478 | SEC Form 506(b) | Def. | |
| 479 | Common Ground BC Newspaper | Def. | 401; 404(a)(1); 802 |
| 480 | BC Note from Andrea Cabral to Steve Tompkins | Def. | 401; 403; 802 |
| 481 | First Edition of The Intersection | Def. | 401; 404a1; 801c |
| 482 | SCSD Progress Report 2016-2021 | Def. | 401; 403; 404a1; 802 |
| 483 | Tompkins Personnel File (43834) | Def. | 401; 404a1 |
| 484 | 01.05.22 – Tompkins Deed, Eustis Street | Def. | |
| 485 | AWH Share Price and Value of Tompkins Shares | Def. | |
| 486 | AWH Share Price Chart through 12.31.21 | Def. | |
| 487 | 2020 Tompkins Statement of Financial Interests | Def. | |
| 488 | 2021 Tompkins Statement of Financial Interests | Def. | |
| 489 | OCPF – Tompkins Campaign Payments to Sage | Def. | |
| 490 | OCPF – Tompkins Campaign Payments to MLM | Def. | |
| 491 | OCPF – Tompkins Loan to Campaign, 01.20.22–03.30.23 | Def. | |

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ *Lauren Maynard*
    DUSTIN CHAO
    LAUREN MAYNARD
    Assistant U.S. Attorney

Date: July 23, 2026

15

CERTIFICATE OF SERVICE

     I certify that this document, filed through the Court's Electronic Court Filing (ECF) system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Lauren Maynard*
LAUREN MAYNARD
Assistant U.S. Attorney