UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 25-CR-10334-MJJ |
| | ) | |
| STEVEN WAYNE TOMPKINS, | ) | |
| | ) | |
| Defendant | ) | |

<u>GOVERNMENT'S WITNESS LIST</u>

1. Monica Brookman
2. Custodian of Records, Ascend Wellness
3. Custodian of Records, Bank of America
4. Custodian of Records, Fidelity
5. Custodian of Records, Massachusetts Secretary of the Commonwealth
6. Tsuko Defoe
7. Danielle Drummond
8. Courtney Elliot
9. Allen Forbes
10. David Glassner
11. Jonathan Kinsky
12. Abner Kurtin
13. Sarah Levy
14. Daniel Neville
15. Daniel Passacantilli
16. Francis Perullo
17. Maia Porter
18. Rebecca Rutenberg
19. Mark Wright

2

Respectfully submitted,

LEAH B. FOLEY
United States Attorney


By:  /s/ *Lauren Maynard*
DUSTIN CHAO
LAUREN MAYNARD
Assistant U.S. Attorney

Date:  July 23, 2026

2

CERTIFICATE OF SERVICE

I certify that this document, filed through the Court's Electronic Court Filing (ECF) system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Lauren Maynard*
LAUREN MAYNARD
Assistant U.S. Attorney

3