UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CRIMINAL No. 25-CR-10334-MJJ |
| STEVEN W. TOMPKINS, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**GOVERNMENT'S MOTION TO PRECLUDE IMPROPER CLOSING ARGUMENT**

The United States of America, through the undersigned attorneys, hereby submits this motion to preclude the defendant from making arguments during closing that would open the door to 404(b) evidence which the government has been precluded from introducing.

Throughout trial, the government has reserved its right to move to introduce certain evidence, including the defendant's prior ethics violations, in the event that the defendant opened the door to such evidence. Thus far, the Court has not found that the defendant has done so, and therefore the evidence has remained inadmissible. At this stage, after the close of evidence, it would not be proper for the defendant to make those arguments during closing. For example, any argument that the defendant has never misused his office before, or that he would not risk his office by abusing it when he is close to retirement, should be precluded. The evidence of the ethics violations, which the jury has not seen, would directly refute those arguments.

Additionally, the government requests that the defendant be precluded from arguing that in closing that the defendant cannot be guilty if he would have taken the same action regardless of the extortion. As the defendant acknowledged during the charge conference, such a theory is directly contrary to law. *See, e.g.*, *City of Columbia v. Omni Outdoor Advertising, Inc.*, 499 U.S.

365 (1991); *United States v. McDonough*, 727 F.3d 143, 159-60 (1st Cir. 2013). The government requests that a supplemental instruction be given should the defendant make such an argument.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Date: September 1, 2026 By: */s/ Lauren Maynard*
Dustin Chao
Lauren Maynard
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Lauren Maynard*
Lauren Maynard
Assistant United States Attorney

Dated: September 1, 2026