9/2/26
@ 4:07 pm
KB

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEVEN W. TOMPKINS,<br><br>Defendant. | ) | Criminal Action No. 25-10334-MJJ |

# VERDICT FORM

**COUNT ONE: Interference with Commerce by Extortion: November 2020.**

1. As to Count One, we, the jury, unanimously find the defendant, Steven W. Tompkins:

   Not Guilty X     Guilty ____

   If Guilty, we unanimously find:

   a. extortion by the wrongful use of actual or threatened fear of economic harm.
      No ____     Yes ____

   b. extortion under color of official right.
      No ____     Yes ____

**COUNT TWO: Interference with Commerce by Extortion: May 2022 to July 2023.**

2. As to Count Two, we, the jury, unanimously find the defendant, Steven W. Tompkins:

   Not Guilty X     Guilty ____

   If Guilty, we unanimously find:

   a. extortion by the wrongful use of actual or threatened fear of economic harm.
      No ____     Yes ____

   b. extortion under color of official right.
      No ____     Yes ____

*Your deliberations are complete. The foreperson will sign the Verdict Form and notify the Marshal in writing that the jury has reached a verdict but do not reveal your verdict to the Marshal. The jury will then be invited to the courtroom to return its verdict.*

**I certify that the foregoing is the unanimous verdict of the jury.**

**FOREPERSON:** [signature]     **DATE:** 9/2/26