UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | No. 25-CR-10334-MJJ |
| STEVEN WAYNE TOMPKINS, Defendant | ) | |

**DEFENDANT'S MOTION FOR RETURN OF PASSPORT**

Defendant Steven W. Tompkins respectfully moves for an order directing the Pretrial Services Office to return his passport. Following a jury trial, Mr. Tompkins was acquitted of the charges against him. Accordingly, there is no longer a basis for the conditions of pretrial release previously imposed in this matter, including the condition requiring Mr. Tompkins to surrender his passport to Pretrial Services.

**WHEREFORE**, Mr. Tompkins respectfully requests that this Honorable Court allow this motion and order the Pretrial Services Office to return his passport.

Respectfully Submitted,
STEVEN TOMPKINS
By His Attorney,

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

**/s/ Maksim Nemtsev**
Maksim Nemtsev, Esq.
Mass. Bar No. 690826
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
max@mnpc.law

Dated: September 10, 2026

**CERTIFICATE OF SERVICE**

I, Martin G. Weinberg, hereby certify that on this date, September 10, 2026, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.